IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>FERNANDO SANCHEZ-SANCHEZ,<br><br>               Defendant. | 4:09-CR-3124<br><br>ORDER |

      The matter is before the Court on the plaintiff's Motion Pursuant to Fed. R. Crim. P. 35(b). Filing 49. The plaintiff advises that the defendant's ongoing cooperation may warrant a sentence reduction, but that the full extent of that reduction cannot be determined until the defendant's cooperation is complete. The Court will therefore hold the plaintiff's motion in abeyance until the plaintiff advises the Court that the defendant's cooperation is complete and that a hearing can be set.

      IT IS ORDERED:

    1.    The plaintiff's Motion Pursuant to Fed. R. Crim. P. 35(b) (filing 49) is held in abeyance.

    2.    The plaintiff is directed to report to the Court every 6 months, beginning on July 9, 2014, whether the defendant's cooperation is ongoing or whether a Rule 35(b) hearing should be set.

    3.    The Clerk of the Court is directed to enter an initial status report deadline of July 9, 2014.

Dated this 9th day of January, 2014.

                                                        BY THE COURT:

                                                        _____
                                                        John M. Gerrard
                                                       United States District Judge